```
                    CLERK'S OFFICE U.S. DIST. COURT
                         AT ROANOKE, VA
                              FILED
                          JUN 1 3 2005
                    JOHN F. CORCORAN, CLERK
                    BY: /s/
                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RACHEL TOWLES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05cv00355 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| SGT. BLAND, | ) | By: Jackson L. Kiser |
|     Defendant. | ) | Senior U.S. District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to the plaintiff.

ENTER: This 13th day of June, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge